# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MONTGOMERY COUNTY AGING AND ADULT SERVICES | : No. 62 MM 2014 |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ALVIANETTE GIBSON-KENNEDY, JOCELYN GIBSON AND LILLIAN GIBSON - ALLEGED INCAPACITATED | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: ALVIANETTE GIBSON-KENNEDY AND JOCELYN GIBSON | : |
| | : |

# ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.